# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-CR-00564-MWF |
| v. | |
| CASEYA C. BROWN | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint ROBERT M. HELFEND, Esquire, as my attorney to appear for me throughout all proceedings in this case.

12-1-23
Date

[Defendant's Signature]

L.A., CA
City and State

## APPEARANCE OF COUNSEL

I, ROBERT M. HELFEND, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

12-1-23
Date

[Attorney's Signature]

113380
California State Bar Number

23838 P.C.H., NO. 309
Street Address

MALIBU, CA 90265
City, State, Zip Code

310-456-3317     818-222-1530
Telephone Number    Fax Number

RMHELFEND@GMAIL.COM
E-mail Address

CR-14 (01/07)     DESIGNATION AND APPEARANCE OF COUNSEL