# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
12/8/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

PACTS No: 8804743

**Passport Receipt**

Defendant Name: Caseya Chanel Brown

Name on passport, if different:

Country of Origin: United States

Date passport issued: October 27, 2021

Expiration date of passport: October 31, 2031

Ordered by court in the Central District of California

Docket Number: 2:23-CR-00564-PD

U.S. Probation & Pretrial Services

300 N. Los Angeles Street
Suite 1300
Los Angeles, CA 90012-3323

---

*[signature: Caseya Brown]*
Surrendered By

*12-7-23*
Date

Ninetta Smith, AAPO  *[signature]*
Received By

December 7, 2023   *12/7/23*
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)